154 A.3d 163

## IN THE MATTER OF GLEN D. HIRSCH, AN ATTORNEY AT LAW (ATTORNEY NO. 040171987)

October 5, 2016

### ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20-3(g)(4) and *Rule* 1:20-11, seeking the immediate temporary suspension of **GLEN D. HIRSCH** of **PLAINVIEW, NEW YORK,** who was admitted to the bar of this State in 1987, and good cause appearing;

It is ORDERED that **GLEN D. HIRSCH** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **GLEN D. HIRSCH** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **GLEN D. HIRSCH** pursuant to *Rule* 1:21-6 be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State; and it is further

ORDERED that **GLEN D. HIRSCH** comply with *Rule* 1:20-20 dealing with suspended attorneys.